■ CARLOS G. MORRISON, Respondent, v JAMES J. LAWLER, Defendant, and SCOTT W. TOMIK et al., Appellants. [736 NYS2d 596] —Order, Supreme Court, New York County (Milton Tingling, J.), entered on or about August 22, 2001, which, in an action for personal injury and wrongful death arising out of a car accident, denied defendants' motion for a change of venue to Dutchess County, unanimously affirmed, without costs.

Defendants' claim that the State Troopers and emergency medical technicians who responded to the subject car accident on a highway in Dutchess County would be inconvenienced by having to testify in New York County is not adequately supported with a showing of the asserted inconvenience, or the nature and relevance of their anticipated testimony (*see, Schoen v Chase Manhattan Automotive Fin. Corp.*, 274 AD2d 345; *Heinemann v Grunfeld*, 224 AD2d 204; *Prado v Walsh-Atkinson Co.*, 212 AD2d 489). We have considered defendants' other

arguments, including the asserted inconvenience of the decedent's physician, and find them unavailing. Concur—Williams, J.P., Mazzarelli, Rosenberger, Wallach and Lerner, JJ.